UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Civil Action No.
**1:10-11543 LTS**

**FRANK BACCI**
Plaintiffs

V.

**CBCS, ET AL**
Defendants

**CLOSING ORDER**

SOROKIN, M.J.

    In accordance with the NOTICE of Settlement filed by All Plaintiffs dated October 15, 2010, this case is hereby closed.

SO ORDERED.

/s/ Leo T. Sorokin
UNITED STATES MAGISTRATE JUDGE

October 18, 2010